Michael A. Goldstein     SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:   323-461-2000
Facsimile:    323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian      SBN 259995
THE KUYUMJIAN FIRM, APC
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  213-785-3207
hk@tkflaw.com

Attorneys for Defendant
PATRICIA INELIA MOREIRA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00418-MWF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATED REQUEST FOR CONTINUANCE** |
| vs. | **DENIED** |
| PATRICIA INELIA MOREIRA, | BY ORDER OF THE COURT |
| Defendant. | |

   The Court, having read and considered the parties' Stipulated Request for Continuance, hereby ORDERS:

   1.   The request to continue the Defendant's self-surrender date into federal prison in this matter is granted.

---

[PROPOSED] ORDER RE: STIPULATED REQUEST FOR CONTINUANCE

1    2.    The Defendant's self-surrender date currently set for January 10, 2025 shall

2          be continued to _____ at _____.

3

4

5    IT IS SO ORDERED.

6

7

8

    _____
    DATE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DENIED

## BY ORDER OF THE COURT

_____
THE HONORABLE MICHAEL W.
FITZGERALD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: STIPULATED REQUEST FOR CONTINUANCE